**PENN STEVEDORING CORPORATION and Glens Falls Indemnity Company, Plaintiffs-Appellants, v. Frank A. CARDILLO, as Deputy Commissioner, Second Compensation District, Bureau of Employees' Compensation, Federal Security Agency and Lula Mae Best, Defendants-Appellees.**

No. 135, Docket 20834.

Circuit Court of Appeals, Second Circuit.

Feb. 11, 1948.

Kirlin, Campbell, Hickox & Keating, of New York City (Vernon S. Jones, Raymond Parmer, and Matthew L. Danahar, all of New York City, of counsel), for plaintiffs-appellants.

John F. X. McGohey, U. S. Atty., of New York City (John F. Ryan, Asst. U. S. Atty., and Ward E. Boote, Chief Counsel, and Herbert P. Miller, Asst. Chief Counsel, U. S. Employees Compensation Commission, all of New York City, of counsel), for defendant-appellee Cardillo.

Milton Koerner, of New York City, for defendant-appellee Lula Mae Best.

Before AUGUSTUS N. HAND, CLARK, and WOODBURY, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Rifkind, J., 72 F.Supp. 991.

**HIGMAN TOWING CO., Appellant, v. Roland COCREHAN, Collector of Internal Revenue of State of Louisiana, Appellee.**

No. 12003.

Circuit Court of Appeals, Fifth Circuit.

Feb. 6, 1948.

L. J. Benckenstein and George Edwards Duncan, both of Beaumont, Tex., and L. K. Benson, of New Orleans, La., for appellant.

John B. Smullin, Chief Counsel, Dept. of Rev., of Baton Rouge, La., for appellee.

Before HUTCHESON, McCORD, and LEE, Circuit Judges.

PER CURIAM.

It will serve no useful purpose for us to consider and discuss the questions so fully and interestedly presented in appellant's brief. We regard them as not open to us but as foreclosed by the decisions in Economy Light & Power Co. v. United States, 256 U.S. 113, 41 S.Ct. 409, 65 L.Ed. 847, and Escanaba & Lake Michigan Transp. Co. v. City of Chicago, 107 U.S. 678, 2 S.Ct. 185, 27 L.Ed. 442, and the other cases it cites.

On the authority of those cases, the judgment appealed from, 70 F.Supp. 628, is affirmed.